AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ANTONIO LORENZO ANGON-PAZ (3)

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2454-DMS

I, ANTONIO LORENZO ANGON-PAZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Antonio Angon Paz
Defendant

Counsel for Defendant

Before
Judicial Officer